

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-13-00377-CV

Trial Court Cause
Number:      2007-75702

Style:      Jameson  Thottam

     **v** Elizabeth Joseph

Date motion filed[*]:      April 30, 2013

Type of motion:      Motion to Extend Time to File Notice of Appeal

Party filing motion:      Appellant

Document to be filed:      Notice of Appeal

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:      April 15, 2013

     Number of previous extensions granted:    0

     Date Requested:      April 30, 2013

Ordered that motion is:

     ☒   Granted

         If document is to be filed, document due:  April 30, 2013

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

         ☐ The Court will not grant additional motions to extend time.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s/ Jim Sharp
         ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: May 15, 2013